
IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Donell Simmons | ) | |
|    Plaintiff | ) | Case No. 24 CV 00959 |
| VS- | ) | |
| Alan Harper, et al., | ) | Hon. LaShonda A. Hunt, Presiding |
|    Defendants. | ) | Magistrate Judge Heather K. McShain |

LEAVE TO FILE
MOTION TO COMPEL DISCOVERY

   The plaintiff, Donell Simmons, prose, now move pursuant to Rule 34(b) and 37(a) Fed. R. Civ., for an order compelling the defendant's counsel and defendants "Christopher Becker" and "Alan Harper" to produce for inspection and copying the documents requested during "interrogatories and request for production of documents" and "request for admission". For the following reasons:

1.)    Plaintiff has complied to all discovery rules stated by the Court and his allowed the defendants and their counsel numerous extensions of time to comply to discovery requests.

2.)    Plaintiff has been under the first impression, by defendant's counsel, on and after the deposition of the plaintiff that was held on May 5, 2025, and through at least three conference phone calls after plaintiff's deposition. Whereupon, the defendants or by and through their counsel were willing to reach a settlement agreement. In which this Court had acknowledged the possibilities had existed in two of the Court's Notification Of Docket Entry: "On Settlement, the parties report that plaintiff issued a verbal settlement demand during his deposition and that defendants will respond in writing"(#56)..."defendants are still consulting with IDOC for settlement authority"(#59).

AND

3.)     Plaintiff now believes defendants or by and through their counsel has falsely been misleading the plaintiff by the above stated presumption. In efforts to manipulate the discovery process by deliberately withholding discovery sought by the plaintiff during interrogatories, production of documents, and admissions; that could have been used to support the plaintiff claims against defendants. Counsel informed the plaintiff that counsel will move to file a summary of judgement after the September 22,2025 depositions of two of defendants witnesses, who are held in custody at Sheridan Correctional Center.

The plaintiff contends that such actions or inactions sought by the defendants or their counsel is an over broad intention to violate the Court discovery rules set for the proceedings. And by much attempt to prohibited or disbar the plaintiff efforts to present a credible claim during summary of judgement or trial proceedings.

WHEREFORE, for the above and foregoing reasons, plaintiff respectfully request leave to file motion to compel discovery be granted and by any further relief this Court deems is necessary.

Date: 9/15/25

RESPECTFULLY SUBMITTED

Donell Simmons

DONELL SIMMONS, pro'se
IDOC#R12863
Sheridan Correctional Center
4017 East 2603 Road
Sheridan, IL. 60551

2/3

## CERTIFICATE OF SERVICE

Pursuant to 28 USC 1746, 18 USC 1621 or 735 5/1-109 declare under the penalty of perjury that I am a named party in the above actiona, that I have read the above document and that information contained therein is true and correct to the best of my knowledge.

Date: 9/15/25

/s/ Donell Simmons

Donell Simmons
IDOC#R12863
Sheridan Corr. Ctr.
4017 East 2603 road
Sheridan Illinois 60551

3/3

Donell Simmons
IDOC# R12863
Sheridan Correctional Center
4017 East 2603 Road
Sheridan, IL. 60551



09/22/2025-40

RECEIVED
SEP 22 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thomas G. Bruton
Clerk of the U.S. District
Court of Illinois, Eastern
Division, Prisoner Correspondent,
219 South Dearborn Street
Chicago, IL. 60604

legal mail